# Court of Appeals
# of the State of Georgia

ATLANTA,    June 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2096.  JOSEPH A. HERNDON v. THE STATE.**

Joseph A. Herndon filed a notice of appeal from an order denying his motion to vacate and re-enter an order in accordance with *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  The trial court entered the order on September 21, 2011, but Herndon did not file his notice of appeal until 33 days later, on October 24, 2010. A notice of appeal must be filed within 30 days after the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). This appeal is therefore untimely, and it is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*